UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:07CR582 RWS |
| GINA MORRISON, | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before me on Defendant Gina Morrison's objections to the Magistrate Judge's Pretrial Order and Recommendation.

Defendant Morrison filed written motion and made an oral motion to suppress evidence. The motions were referred to United States Magistrate Judge David D. Noce pursuant to 28 U.S.C. § 636(b). Judge Noce held evidentiary hearings on January 23, 2008 and February 8, 2008.

I have concluded a *de novo* review of the Defendant's Motion to Suppress, the hearing transcripts, the written motion, the oral motion, and Defendant's Objections to the Magistrate Judge's Recommendation. Based on my review I find that there was probable cause for the issuance of a search warrant which gave rise to the evidence seized on October 14, 2007. Additionally, Defendant

Morrison's post arrest statements were made after a knowing and voluntary waiver of her <u>Miranda</u> rights and will not be suppressed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce [#100] filed February 15, 2008 is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** defendant Gina Morrison's Motions To Suppress Evidence [#71 and oral motion filed December 18,2007] are **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of March, 2008.